[No. 70003-1-I.   Division One.   August 18, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. MIGUEL TERRY BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-12174-3, Regina S. Cahan, J., entered March 4, 2013. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Lau and Trickey, JJ.

[No. 70047-2-I.   Division One.   August 18, 2014.]

ADA MOTORS, INC., *Appellant*, v. DAVID L. BUTLER ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-14916-1, Dean Scott Lum, J., entered February 15, 2013. *Reversed* and *remanded with instructions* by unpublished opinion per Verellen, A.C.J., concurred in by Cox and Leach, JJ.

[No. 70254-8-I.   Division One.   August 18, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN CHARLES THOMPSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-00738-7, Dean Scott Lum, J., entered March 29, 2013. *Affirmed* by unpublished opinion per Cox, J., concurred in by Verellen, A.C.J., and Leach, J.

[No. 70863-5-I.   Division One.   August 18, 2014.]

INNA MEDNIKOVA ET AL., *Respondents*, v. MARE MORSE ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-19004-4, Theresa B. Doyle, J., entered August 1, 2013. *Affirmed* by unpublished opinion per Cox, J., concurred in by Verellen, A.C.J., and Leach, J.